UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 14-30036-MGM |
| HECTOR GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR EARLY TERMINATION
## OF TERM OF SUPERVISED RELEASE

The Defendant, Hector Gomez, hereby moves this Court for an Order terminating his term of supervised release pursuant to 18 U.S.C. § 3583(e). As grounds for this motion, Mr. Gomez states as follows.

Mr. Gomez was sentenced to "time served" with a four-year term of supervised release on December 3, 2015, after pleading guilty and accepting responsibility for his offense. He has been on supervised release for nearly three years without a single violation. He also was on pretrial release for an extended period while his case was pending, again without any violations. He has maintained employment during virtually the entire time that he has been on supervised release. He worked at Wildwood Barbeque in Hadley, Massachusetts for the past approximately 2 ½ years, demonstrating a commitment to the importance of employment to his rehabilitation. During that time, Mr. Gomez was promoted from dishwasher to prep cook and finally to the position of cook, taking on additional responsibility with each promotion.

Mr. Gomez also used his time on supervised release to obtain his OSHA certification, something that he accomplished on his own and at his own initiative. He recently used that training to obtain a new job with Go Green Restoration, a home restoration company out of Chicopee, Massachusetts, that remediates fire and water damage and mold growth and also

conducts building demolition in Massachusetts and Connecticut.  His new job started on October 15, 2018, and it pays him more money than he was earning at his prior position.  Mr. Gomez anticipates that through hard work and dedication to his new employment he will be able to advance to positions of higher responsibility and pay just as he was able to do at his last job.

While on pre-trial and supervised release, Mr. Gomez did not have a single positive drug test, attended all scheduled appointments, reported appropriately to U.S. Probation, and otherwise remained in full compliance with all conditions imposed on him by this Court.   In short, Mr. Gomez has been a model probationer.

Mr. Gomez's commitment to his rehabilitation while on supervised release was demonstrated by the way in which he comported himself when he was twice before this Court and the state district court facing violation proceedings and criminal charges arising from false allegations of assault and abuse raised by his former girlfriend.  Mr. Gomez calmly addressed the false claims through the appropriate legal avenues and was exonerated in both instances.  Despite those trying circumstances, Mr. Gomez remained committed to compliance with his conditions of supervised release.

Recently, Mr. Gomez and his current girlfriend welcomed the arrival of their baby son, who was born with severe brain damage and suffers from significant related medical issues that have and are anticipated to continue to require hospitalizations and treatments by specialists in Massachusetts and elsewhere.  Mr. Gomez is committed to the care of his son and family and has referred to the birth of his son as his "anchor" tying him to the "right path" of lawfulness, employment, and family involvement that he has been following with increasing success since he was first involved in this federal case.

In making this request for early termination of his supervised release, Mr. Gomez acknowledges the support and assistance Probation has provided to him throughout both his pre-trial and supervised release.  He appreciates the positive way in which U.S. Probation has facilitated and encouraged his rehabilitation, but he feels as though he has proven himself worthy of this requested early termination after three years of successful probation.  He looks forward to exercising his "full fledged freedom" to continue to do the positive things for himself and his family that he has already been doing over the past three or more years.  He also seeks this early termination so that he can focus his attention on his family and work responsibilities, including attending to his son's potential out-of-state treatments and working on project in Connecticut without having to clear potential travel and other arrangements with Probation.

WHEREFORE, Mr. Gomez respectfully requests that this Court allow this Motion and Order that his supervised release be terminated.

Rule 7.1 Certification.  Mr. Gomez, by and through undersigned counsel, has consulted with the government and U.S. Probation regarding this motion and can report that although U.S. Probation is proud of Mr. Gomez's progress, it does not concur with this requested termination and is expected to file a separate response to this motion explaining its reasons.  The government, by and through AUSA Todd Newhouse, also has been consulted with regard to this motion and indicates that it shares in U.S. Probation's opposition to the early termination requested herein.

Request for Hearing.  Mr. Gomez requests a hearing upon oral argument on this motion.

Respectfully submitted,
HECTOR GOMEZ,
DEFENDANT

BY:      /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr., Esq.
BBO #640433
1391 Main Street, Suite 1022
Springfield, MA 01103
413-781-5311 Tel.
413-746-2707 Fax
attorneytomoconnor@gmail.com

CERTIFICATE OF SERVICE

I, Thomas J. O'Connor, Jr., hereby certify that on the 18th day of February, 2019, I caused a true copy of the foregoing to be served on counsel of record for the government via filing through the ECF system.

      /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.